Exhibit A

**Linn County Treasurer**
**Brent C. Oleson**
935 2nd Street SW
Cedar Rapids, IA 52404
(319) 892-5500
treasurer@linncountyiowa.gov

**IMPORTANT TAX INFORMATION ENCLOSED**

OFFICIAL NOTICE OF DELINQUENT TAXES

1432*6**G50**0 382**1/1*********AUTO5-DIGIT 52402
HANE NICOLE & KYLE
CEDAR RAPIDS IA

| Parcel Number |
|---|
| |

| GRAND TOTAL | / | DUE BY |
|---|---|---|
| $2,877.00 | | 05/31/2024 |

***RETURN THIS PORTION WITH YOUR PAYMENT***

## Notice of Tax Delinquency and Pending Tax Sale

-You are hereby notified that the below described property is delinquent in the payment of property tax. Unless paid, said taxes may be sold at a tax sale held by the Linn County Treasurer on June 17, 2024 commencing at 9:00am. If your parcel is involved with a tax sale from prior year delinquent taxes, on May 16th, the tax sale certificate holder becomes eligible to pay your taxes. This would change the amounts due and add additional interest to the tax sale payoff. Current tax sales must be redeemed in full using guaranteed funds.
-If the property taxes are sold and not redeemed following the sale as provided in chapter 447 of the Iowa Code, the right to redeem expires and a tax deed for the parcel sold may be issued to the investor.
-To avoid newspaper publication, taxes must be paid by May 16, 2024.
-To avoid tax sale, payments must be received on or before June 14, 2024.
-Online Payments accepted at www.iowataxandtags.org through June 16, 2024

-Due to recent law changes, polling places will now be open from 7AM-8PM on election day with some rare exceptions. Contact the County Auditor with questions.

***TO ALLOW FOR PRINTING AND MAILING TIME, PAYMENTS RECEIVED AFTER APRIL 18, 2024 MAY NOT BE REFLECTED IN THE BALANCE DUE***

| Type Parcel Legal | District | Bill Number | Due Date | Tax | Interest | Additional Costs | Total Due |
|---|---|---|---|---|---|---|---|
| 2022 - Tax | 20500 | 09 | 03/31/2024 | $2,789.00 | $84.00 | $4.00 | $2,877.00 |
| 070 | | Total | | $2,789.00 | $84.00 | $4.00 | $2,877.00 |
| BOWMAN WOODS UNIT 12 LOT | Deed Name(s): HANE NICOLE & KYLE | | Situs: | | | | |

NoticesOnline.com Go Paperless   AUTHORIZATION CODE  LIA-P8GN7X63

Page 1 of 1
1432 1/1