Exhibit E

# IN THE SUPREME COURT OF IOWA

No. 25–0953

Linn County No. EQCV107213

## ORDER

**KYLE MARK HANE,**
　　Petitioner-Appellant,

vs.

**STATE OF IOWA, LINN COUNTY, BRENT OLESON, County Treasurer and JERRY SANDEN, County Attorney,**
　　Respondents-Appellees.

---

This matter comes before the court upon appellant's application for interlocutory appeal, motion to supplement the application for interlocutory appeal, and notice of appeal, all filed or certified to the clerk of this court on June 9, 2025.

Appellant challenges the district court's June 4, 2025 ruling denying his "Amended Emergency Motion for Injunctive Relief Pursuant to Rule 1.1502(1), (2)" filed on May 8, 2025. The court finds the district court's June 4, 2025 order is interlocutory because it did not involve the merits or materially affect the final decision of the matters pleaded in appellant's petition. *See* Iowa R. App. P. 6.103(1). Accordingly, appellant does not have a right to appeal from the June 4, 2025 order. Iowa R. App. P. 6.103(4). The court treats appellant's notice of appeal as a supplement to the application for interlocutory appeal. Iowa R. App. P. 6.151(1).

Upon consideration, the motion to supplement the application for interlocutory appeal is granted. The application for interlocutory appeal is denied.

Copies to:

Kyle Mark Hane
P.O. Box 362
Hiawatha, IA 52233

Elena S. Wolford
Linn County Attorney's Office
Cedar Rapids, IA 52401

Chad D. Brakhahn
115 Third St. SE, Suite 1200
Cedar Rapids, IA 52401

Clerk of District Court, Linn County



State of Iowa Courts

**Case Number**  **Case Title**
25-0953  Hane v. State

So Ordered

*Dana L. Oxley*

Dana L. Oxley, Justice

Electronically signed on 2025-06-10 13:00:32