# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| Kyle Mark Hane <br>     Plaintiff <br><br> v. <br><br> Linn County, Brent Oleson, and Brian Gardner. <br>     Defendant | Case No. 1:25-cv-00090-LTS-KEM |

MOTION FOR LEAVE TO AMEND

Plaintiff asserts his right to amend the complaint pursuant to Fed. R. Civ. P. 15(a)(1). The docket labeled Plaintiff's June 13, 2025, Motion for Emergency Restraining Order as the "Complaint," and labeled his June 27, 2025, filing as the "Amended Complaint."

Out of an abundance of caution, Plaintiff now seeks leave to amend in the event the Court upholds those docket designations and treats the attached complaint as a second amendment.

The Amended Complaint will be removing the State of Iowa as a defendant in this matter. To comply with Fed. R. Civ. P. 5.1, Plaintiff also includes a Notice of Constitutional questions, and serves it upon the Attorney General of Iowa who appeared in this case (Doc. 10).

Pursuant to Local Rule 7(k), Plaintiff has conferred with counsel for Defendants, and neither party objects to the filing of an amended complaint. No party will be prejudiced. Plaintiff therefore moves this Court to allow the amended complaint either as a matter of right or, in the alternative, as a matter of discretion in the furtherance of justice.

Plaintiff declares, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge and belief.

All Rights Reserved, Without Prejudice, Without Recourse

Mark: _____

Kyle Mark Hane

2